FITZGERALD & CROUCH, PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 17-14949

Re:   IRENE JACOME-ESPINOZA            Atty:   FITZGERALD & CROUCH, PC
      416 18TH STREET, APT 2                   649 NEWARK AVE
      UNION CITY, NJ 07087                     JERSEY CITY, NJ 07306

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $14,608.00**

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/17/2017 | $132.00 | 23729601183 | 05/01/2017 | $132.00 | 3920821000 - |
| 06/06/2017 | $132.00 | 4024604000 - | 07/06/2017 | $218.00 | 4104183000 - |
| 07/31/2017 | $218.00 | 4161405000 - | 08/28/2017 | $218.00 | 4234985000 - |
| 10/10/2017 | $218.00 | 4348628000 - | 11/06/2017 | $218.00 | 4422381000 - |
| 12/06/2017 | $218.00 | 4499086000 - | 01/09/2018 | $218.00 | 4582203000 - |
| 02/12/2018 | $218.00 | 4662659000 - | 03/09/2018 | $218.00 | 4740966000 - |
| 04/09/2018 | $218.00 | 4822399000 | 05/09/2018 | $132.00 | 4902037000 |
| 06/15/2018 | $218.00 | 4990327000 | 07/09/2018 | $218.00 | 5059975000 |
| 08/13/2018 | $218.00 | 5147965000 | 09/10/2018 | $218.00 | 5223020000 |
| 10/09/2018 | $270.00 | 5295779000 | 11/07/2018 | $270.00 | 5377109000 |
| 12/17/2018 | $218.00 | 5471868000 | 01/07/2019 | $218.00 | 5526473000 |
| 02/25/2019 | $218.00 | 5646499000 | 03/11/2019 | $218.00 | 5691042000 |
| 04/09/2019 | $218.00 | 5771566000 | 05/07/2019 | $218.00 | 5844302000 |
| 07/01/2019 | $270.00 | 5974740000 | 07/15/2019 | $270.00 | 6018287000 |
| 08/14/2019 | $270.00 | 6094635000 | 09/10/2019 | $270.00 | 6165008000 |
| 10/21/2019 | $270.00 | 6265195000 | 11/06/2019 | $270.00 | 6313407000 |
| 12/30/2019 | $270.00 | 6437267000 | | | |

**Total Receipts: $7,318.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,318.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 10/21/2019 | $18.90 | 835,169 | 12/16/2019 | $67.06 | 839,202 |
| CAPITAL ONE NA | | | | | | |
| | 10/21/2019 | $9.82 | 8,001,240 | 12/16/2019 | $34.83 | 8,001,327 |
| CAVALRY SPV I LLC | | | | | | |
| | 10/21/2019 | $9.32 | 835,302 | 10/21/2019 | $11.62 | 835,302 |
| | 12/16/2019 | $41.23 | 839,332 | 12/16/2019 | $33.09 | 839,332 |
| | 12/16/2019 | $11.04 | 839,332 | | | |
| CREDIT FIRST | | | | | | |
| | 12/16/2019 | $12.37 | 839,386 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | | | | | | | |
| | 10/21/2019 | $7.09 | 835,395 | | 12/16/2019 | $25.15 | 839,400 |
| **DISCOVER BANK** | | | | | | | |
| | 12/16/2019 | $15.09 | 839,411 | | | | |
| **MIDLAND FUNDING LLC** | | | | | | | |
| | 12/16/2019 | $6.42 | 838,677 | | 12/16/2019 | $12.36 | 838,677 |
| | 12/16/2019 | $8.79 | 838,677 | | 12/16/2019 | $5.83 | 838,677 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** | | | | | | | |
| | 08/19/2019 | $150.12 | 831,672 | | 09/16/2019 | $259.20 | 833,670 |
| | 10/21/2019 | $121.68 | 835,706 | | | | |
| **ONEMAIN** | | | | | | | |
| | 10/21/2019 | $12.35 | 834,783 | | 12/16/2019 | $43.83 | 838,820 |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | | |
| | 10/21/2019 | $5.87 | 8,001,239 | | 10/21/2019 | $9.77 | 8,001,239 |
| | 10/21/2019 | $6.55 | 8,001,239 | | 10/21/2019 | $5.70 | 8,001,239 |
| | 12/16/2019 | $20.07 | 8,001,325 | | 12/16/2019 | $21.87 | 8,001,325 |
| | 12/16/2019 | $23.25 | 8,001,325 | | 12/16/2019 | $20.24 | 8,001,325 |
| | 12/16/2019 | $34.67 | 8,001,325 | | 12/16/2019 | $9.32 | 8,001,325 |
| | 12/16/2019 | $20.85 | 8,001,325 | | 12/16/2019 | $12.00 | 8,001,325 |
| **QUANTUM3 GROUP LLC** | | | | | | | |
| | 10/21/2019 | $5.63 | 835,883 | | 12/16/2019 | $6.60 | 839,843 |
| | 12/16/2019 | $8.14 | 839,843 | | 12/16/2019 | $19.96 | 839,843 |
| | 12/16/2019 | $6.50 | 839,843 | | 12/16/2019 | $22.27 | 839,843 |
| **TD BANK USA NA** | | | | | | | |
| | 12/16/2019 | $5.02 | 840,203 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 374.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,500.00 | 100.00% | 5,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0002 | AMERICAN EAGLE/SYNCB BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,476.35 | * | 20.07 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,608.94 | * | 21.87 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,192.55 | * | 29.80 | |
| 0007 | CAR CARE ONE/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAVALRY SPV I LLC | UNSECURED | 3,887.21 | * | 52.85 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,908.12 | * | 25.94 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 486.02 | * | 6.60 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 598.99 | * | 8.14 | |
| 0012 | CREDIT FIRST | UNSECURED | 909.80 | * | 12.37 | |
| 0013 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DISCOVER BANK | UNSECURED | 1,109.96 | * | 15.09 | |
| 0015 | MIDLAND FUNDING LLC | UNSECURED | 472.57 | * | 6.42 | |
| 0016 | GUITAR CENTER/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CAVALRY SPV I LLC | UNSECURED | 3,119.65 | * | 42.41 | |
| 0018 | MIDLAND FUNDING LLC | UNSECURED | 908.52 | * | 12.36 | |
| 0019 | CAPITAL ONE NA | UNSECURED | 3,284.34 | * | 44.65 | |
| 0020 | MIDLAND FUNDING LLC | UNSECURED | 646.80 | * | 8.79 | |
| 0021 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,371.34 | * | 32.24 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 1,637.40 | * | 22.27 | |
| 0023 | MIDLAND FUNDING LLC | UNSECURED | 232.34 | * | 0.00 | |

Chapter 13 Case # 17-14949

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | ONEMAIN | UNSECURED | 4,132.17 | * | 56.18 | |
| 0025 | QUANTUM3 GROUP LLC | UNSECURED | 478.40 | * | 6.50 | |
| 0026 | MIDLAND FUNDING LLC | UNSECURED | 429.10 | * | 5.83 | |
| 0027 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,268.62 | * | 44.44 | |
| 0028 | NATIONSTAR MORTGAGE LLC D/B/A MR. | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0029 | SPRINGLEAF FINANCIAL S | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | TD BANK USA NA | UNSECURED | 369.13 | * | 5.02 | |
| 0032 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 685.32 | * | 9.32 | |
| 0034 | QUANTUM3 GROUP LLC | UNSECURED | 1,881.90 | * | 25.59 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,965.45 | * | 26.72 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 882.52 | * | 12.00 | |
| 0038 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 6,322.75 | * | 85.96 | |
| 0039 | ECAST SETTLEMENT CORPORATION | UNSECURED | 188.63 | * | 0.00 | |
| 0040 | CAVALRY SPV I LLC | UNSECURED | 811.69 | * | 11.04 | |
| 0041 | NATIONSTAR MORTGAGE LLC D/B/A MR. | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |

**Total Paid: $7,056.32**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $7,318.00    -    Paid to Claims: $1,181.47    -    Admin Costs Paid: $5,874.85    =    Funds on Hand: $261.68

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.