UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES
Marguerite Mounier-Wells, Esq. (mmw5960)
649 Newark Avenue
Jersey City, NJ 07306
Phone: (201)533-1100
Fax: (201)533-1111
Attorney for the Debtor

In Re:

Irene Jacome-Espinoza

Case No.:  17-14949

Judge:  Papalia

Chapter:  13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by ___Nationstal / Mr. Cooper___, creditor,

    A hearing has been scheduled for ___3/5/2020___, at ___10am___.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
Debtor has missed some payments but believed them to be covered by suspense. Debtor needs some time to make up any missed payments while maintaining regular mortgage payments going forward.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2/11/20

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*