UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Nicholas Fitzgerald, Esq. (NF 6129)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

In Re:

IRENE JACOME ESPINOSA

| | |
|---|---|
| Case No.: | 17-14949 |
| Chapter: | 13 |
| Judge: | Papalia |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that   Nicholas Fitzgerald, Esq.

will be substituted as attorney of record for   Irene Jacome Espinosa  , _____ in this

case. [1]

Date: 02/17/2020 _____

_____
Signature of Former Attorney

Date: _____

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.