UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern Lavinthal & Frankenberg LLC
105 Eisenhower Parkway - Suite 302
Roseland, NJ 07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Email: mcozzini@sternlav.com
Attorneys for Secured Creditor,
Nationstar Mortgage LLC d/b/a Mr. Cooper
By: Maria Cozzini, Esq.

In Re:
Irene Jacome-Espinoza

Case No.:   17-14949-VFP
Chapter:    13
Hearing Date:   March 5, 2020
Judge:    Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter:  Motion for Relief (Docket No. 76)

Date: 03/04/2020

/s/ Maria Cozzini, Esq.
Signature

*rev.8/1/15*