UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Attorney for Secured Creditor,
Nationstar Mortgage LLC d/b/a Mr. Cooper
By Maria Cozzini, Esq.

Order Filed on April 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Irene Jacome-Espinoza aka Irene Jacome,

Debtor(s).

Case No.: 17-14949-VFP

Chapter: 13

Hearing Date:

Judge: Vincent F. Papalia

# ORDER RESOLVING MOTION TO VACATE STAY
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: April 1, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page | 2

Debtor: Irene Jacome-Espinoza aka Irene Jacome
Case No: 17-14949-VFP
Caption: Order Resolving Motion to Vacate Stay with Conditions

---

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Sarah J. Crouch, Esq. |
| Property Involved ("Collateral"): | 416 18th Street, Union City, NJ |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 4 months, from November 2019 to February 2020.
   - The Debtor is overdue for 2 payments at $2,670.81 per month.
   - The Debtor is overdue for 2 payments at $2,694.02 per month.
   - Applicant acknowledges receipt of funds in the amount of $5,341.62 received after the motion was filed.
   - Less Funds held in debtor(s) suspense $806.46.

   Total Arrearages Due $4,581.58.

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on March 1, 2020, regular monthly mortgage payments shall continue to be made in the amount $2,694.02.
   - Beginning on March 1, 2020, additional monthly cure payments shall be made in the amount of $763.60 for 5 months.
   - Final cure payment to be made in the amount of $763.58 for 1 month.

Case 17-14949-VFP    Doc 80    Filed 04/01/20    Entered 04/01/20 14:25:17    Desc Main
Document    Page 3 of 3

**Page | 3**
Debtor: Irene Jacome-Espinoza aka Irene Jacome
Case No: 17-14949-VFP
Caption: Order Resolving Motion to Vacate Stay with Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Immediate payment:     Nationstar Mortgage LLC
                            P.O. Box 619094
                            Dallas, TX 75261-9741

   ✓ Regular monthly payment:   Nationstar Mortgage, LLC
                                P.O. Box 619094
                                Dallas, TX 75261-9741

   ✓ Monthly cure payment:  Nationstar Mortgage, LLC
                            P.O. Box 619094
                            Dallas, TX 75261-9741

4. In the event of Default:

   ✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

   ☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
      The fees and costs are payable:

   ✓ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

   ☐ Attorneys' fees are not awarded.