Page 1

Nicholas Fitzgerald Esq. -- NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

**Caption in Compliance with D. N.J. LBR 9004-2(c)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
---------------------------------X

Order Filed on May 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:                                   Case No: 17-14949/VFP
   Irene Jacome-Espinoza

                                         CHAPTER 13

                                         **Hon. Vincent F. Papalia, Judge**
                                         **U.S.B.J.**

       Debtor

Nationstar Mortgage
---------------------------- ---X

**ORDER PERMITTING NATIONSTAR MORTGAGE OR MR. COOPER OR WHATEVER ENTITY HAS OWNERSHIP, POSSESSION OR CONTROL OVER THE MORTGAGE ON THE DEBTOR'S REAL PROPERTY TO ENTER INTO A FORBEARANCE AGREEMENT WITH THE DEBTOR WHEREBY THE DEBTOR WILL BE PERMITTED A DEFERMENT ON HER MORTGAGE PAYMENTS FOR A PERIOD OF 120 DAYS**

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 12, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor: Irene Jacome-Espinoza
Case No.: 17-14949/VFP
Caption: ORDER PERMITTING NATIONSTAR MORTGAGE OR MR. COOPER OR WHATEVER ENTITY HAS OWNERSHIP, POSSESSION OR CONTROL OVER THE MORTGAGE ON THE DEBTOR'S REAL PROPERTY TO ENTER INTO A FORBEARANCE AGREEMENT WITH THE DEBTOR WHEREBY THE DEBTOR WILL BE PERMITTED A DEFERMENT ON HER MORTGAGE PAYMENTS FOR A PERIOD OF 120 DAYS TO 180 DAYS
----------------------------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order to obtain Bankruptcy Court authorization to enable the debtor's mortgagee to provide the debtor with a deferment on her mortgage payments for a period of 120 days; and good and sufficient cause having been found for the entry of this order; and the Court having considered the Secured Creditors' response, which refers to a forbearance period of six (6) months;

It is

**ORDERED,** that the debtor's application for Bankruptcy Court authorization to enable the debtor's mortgagee, Nationstar or Mr. Cooper, or whatever entity has ownership, possession or control, over the debtor's mortgage, to provide the debtor with a four (4) month forbearance, with an extension of up to an additional two (2) months, for a total forbearance period of six (6) months, on the payments of her mortgage, is hereby approved; and it is further

**ORDERED,** that without further Bankruptcy Court authorization or approval, the terms and conditions as agreed upon for the four (4) to six (6) month forbearance agreement, can be made directly between the debtor and the debtor's mortgagee.