UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq,./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Irene Jacome-Espinosa

Case No.: 17-14949
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Irene Jacome-Espinosa__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __May 14, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order Permitting Nationstar Mortgage or Mr. Cooper or Whatever Entity has Ownership, Possession or Control over the Mortgage on the Debtor's Real Property to Enter into a Forbearance Agreement the the Debtor shereby the Debtor will be Permitted a Deferment on her Mortgage Payments for a Period of 120 Days

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 14, 2020

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Irene Jacome-Espinoza<br>416 18th Street, Apt 2<br>Union City, NJ 07087 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nationstar Mortgage<br>   Attn: Bankruptcy Department<br>PO Box 619094<br>Dallas, TX 75261-9741 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stern Lavinthal & Frankenberg LLC<br>   Attn: Maria Cozzini, Esq.<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Attorneys for Nationstar Mortgage<br>d/b/a Mr Cooper | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Creditors

| | |
|---|---|
| Ally Financial<br>Po Box 380901<br>Bloomington, MN 55438 | (516699690)<br>(cr) |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | (516730776)<br>(cr) |
| American Eagle/Syncb Bank<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896 | (516699691)<br>(cr) |
| American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | (516699692)<br>(cr) |
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | (517003196)<br>(cr) |
| Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801 | (516699693)<br>(cr) |
| Best Buy/Citibank<br>Centralized Bk/Citicorp Credt Srvs<br>Po Box 790040<br>St Louis, MO 63179 | (516699694)<br>(cr) |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | (516699695)<br>(cr) |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (516909493)<br>(cr) |
| Car Care One/Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | (516699696)<br>(cr) |
| Care Credit/Synchrony Bank<br>Attn: Bankruptcy | (516699697)<br>(cr) |

4/10/2020

Po Box 956060
Orlando, FL 32896

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595
(516935217)
(cr)

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595
(516944108)
(cr)

Citibank/Sears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179
(516699698)
(cr)

Comenitycapital/fe21cc
Po Box 182120
Columbus, OH 43218
(516699699)
(cr)

Comenitycapital/mprcc
Po Box 182120
Columbus, OH 43218
(516699700)
(cr)

Credit First NA
PO Box 818011
Cleveland, OH 44181-8011
(516790703)
(cr)    Creditor committee    *Entity*

Credit First National Assoc
Attn: BK Credit Operations
Po Box 81315
Cleveland, OH 44181
(516699701)
(cr)

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193
(516699702)
(cr)

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657
(516930065)
(cr)

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025
(516715147)
(cr)

Discover Financial
Po Box 3025
New Albany, OH 43054
(516699703)
(cr)

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262
eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262
(517375081)
(cr)

| | |
|---|---|
| eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 | (517375080)<br>(cr) |
| Gap/Synchrony Bank<br>Po Box 965005<br>Orlando, FL 32896 | (516699704)<br>(cr) |
| Guitar Center/Synchrony Bank<br>Po Box 965064<br>Orlando, FL 32896 | (516699705)<br>(cr) |
| Home Design Furn/Syncb<br>C/o Po Box 965036<br>Orlando, FL 32896 | (516699706)<br>(cr) |
| JC Penneys/Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | (516699689)<br>(cr) |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201 | (516699707)<br>(cr) |
| Lowes/Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | (516699708)<br>(cr) |
| Macy/Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | (516699709)<br>(cr) |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | (516896509)<br>(cr) |
| Naomi Nunez<br>70 Sunrise Dr<br>Edison, NJ 08817 | (517397410)<br>(cr) |
| Nationstar Mortgage LLC<br>dba Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9741 | (518237446)<br>(cr) |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 | (518207067)<br>(cr) |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094 | (518207066)<br>(cr) |

Dallas, TX 75261-9741

New York & Co/Comenity Bank
Po Box 182125
Columbus, OH 43218

(516699710)
(cr)

Old Navy/Synchrony Bank
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

(516699711)
(cr)

OneMain
Attn: Bankruptcy
601 Nw 2nd St
Evansville, IN 47708

(516699712)
(cr)

ONEMAIN FINANCIAL
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

(516751483)
(cr)

Pier 1/Comenity Bank
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

(516699713)
(cr)

Portfolio Recovery Associates, LLC
c/o Sears/Orchard Bank
POB 41067
Norfolk VA 23541

(516947108)
(cr)

Portfolio Recovery Associates, LLC
c/o Sears Mastercard
POB 41067
Norfolk VA 23541

(516941374)
(cr)

Portfolio Recovery Associates, LLC
c/o Barclaycard
POB 41067
Norfolk VA 23541

(516947595)
(cr)

Portfolio Recovery Associates, LLC
c/o Capital One Bank, N.A.
POB 41067
Norfolk VA 23541

(516941377)
(cr)

Portfolio Recovery Associates, LLC
c/o The Home Depot Consumer
POB 41067
Norfolk VA 23541

(516941386)
(cr)

Portfolio Recovery Associates, LLC
c/o Best Buy Credit Card
POB 41067
Norfolk VA 23541

(516941387)
(cr)

Portfolio Recovery Associates, LLC
c/o Sears Card

(516941370)
(cr)

4/10/2020

POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
MOMA Funding LLC                         (516878469)
PO Box 788                               (cr)
Kirkland, WA 98083-0788

QVC/Synchrony Bank
Attn: Bankruptcy                         (516699714)
Po Box 956060                            (cr)
Orlando, FL 32896

Sears/Citibank
Citicorp Credit Services/Attn: Centraliz (516699715)
Po Box 790040                            (cr)
Saint Louis, MO 63179

Seterus                                  (516699716)
PO Box 1077                              (cr)
Hartford, CT 06143

Seterus Inc., as servicer for
Federal National Mortgage                (516846770)
Association ("Fannie Mae")               (cr)
P.O. Box 1047
Hartford, CT 06143

Springleaf Financial S                   (516699717)
119 US Highway 22                        (cr)
Dunellen, NJ 08812

Synchrony Bank
c/o PRA Receivables Management, LLC      (516927869)
PO Box 41021                             (cr)
Norfolk VA 23541

Synchrony Bank
c/o of PRA Receivables Management, LLC   (516700606)
PO Box 41021                             (ntcapr)
Norfolk, VA 23541

Target
C/O Financial & Retail Srvs              (516699718)
Mailstopn BT POB 9475                    (cr)
Minneapolis, MN 55440

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS                (516815679)
2001 WESTERN AVENUE, STE 400             (cr)
SEATTLE, WA 98121

The Home Depot/Citibank
Citicorp Cr Srvs/Centralized Bankruptcy  (516699719)
Po Box 790040                            (cr)
S Louis, MO 63129

Victoria Secret/Comenity Bank            (516699720)

Attn: Bankruptcy  
Po Box 182125  
Columbus, OH 43218

(cr)