Page 1
Nicholas Fitzgerald Esq. -- NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

**Caption in Compliance with D. N.J. LBR 9004-2(c)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
--------------------------------X

Order Filed on May 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:                                    Case No: 17-14949/VFP
    Irene Jacome-Espinoza

                                          CHAPTER 13

                                          Hon. Vincent F. Papalia, Judge
                                                    U.S.B.J.

        Debtor

Nationstar Mortgage
--------------------------------X

**ORDER PERMITTING NATIONSTAR MORTGAGE OR MR. COOPER OR WHATEVER ENTITY HAS OWNERSHIP, POSSESSION OR CONTROL OVER THE MORTGAGE ON THE DEBTOR'S REAL PROPERTY TO ENTER INTO A FORBEARANCE AGREEMENT WITH THE DEBTOR WHEREBY THE DEBTOR WILL BE PERMITTED A DEFERMENT ON HER MORTGAGE PAYMENTS FOR A PERIOD OF 120 DAYS**

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 12, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Irene Jacome-Espinoza
Case No.: 17-14949/VFP
Caption: ORDER PERMITTING NATIONSTAR MORTGAGE OR MR. COOPER OR WHATEVER ENTITY HAS OWNERSHIP, POSSESSION OR CONTROL OVER THE MORTGAGE ON THE DEBTOR'S REAL PROPERTY TO ENTER INTO A FORBEARANCE AGREEMENT WITH THE DEBTOR WHEREBY THE DEBTOR WILL BE PERMITTED A DEFERMENT ON HER MORTGAGE PAYMENTS FOR A PERIOD OF 120 DAYS TO 180 DAYS

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order to obtain Bankruptcy Court authorization to enable the debtor's mortgagee to provide the debtor with a deferment on her mortgage payments for a period of 120 days; and good and sufficient cause having been found for the entry of this order; and the Court having considered the Secured Creditors' response, which refers to a forbearance period of six (6) months;

It is

**ORDERED,** that the debtor's application for Bankruptcy Court authorization to enable the debtor's mortgagee, Nationstar or Mr. Cooper, or whatever entity has ownership, possession or control, over the debtor's mortgage, to provide the debtor with a four (4) month forbearance, with an extension of up to an additional two (2) months, for a total forbearance period of six (6) months, on the payments of her mortgage, is hereby approved; and it is further

**ORDERED,** that without further Bankruptcy Court authorization or approval, the terms and conditions as agreed upon for the four (4) to six (6) month forbearance agreement, can be made directly between the debtor and the debtor's mortgagee.

United States Bankruptcy Court
District of New Jersey

In re:  
Irene Jacome-Espinoza  
    Debtor

Case No. 17-14949-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 12, 2020  
                     Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.
```
db             +Irene Jacome-Espinoza,    416 18th Street, Apt 2,    Union City, NJ 07087-4426
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marguerite Mounier-Wells    on behalf of Debtor Irene Jacome-Espinoza nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Maria Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America mcozzini@sternlav.com
              Maria Cozzini    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Irene Jacome-Espinoza Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Seterus, Inc skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```