Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14949−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Irene Jacome−Espinoza
aka Irene Jacome
416 18th Street, Apt 2
Union City, NJ 07087

Social Security No.:
xxx−xx−2863

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       10/1/20
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Nicholas Fitzgerald, Debtor's Attorney

COMMISSION OR FEES
$1500.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 8, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                    Case No. 17-14949-VFP
Irene Jacome-Espinoza                                                     Chapter 13
        Debtor                        CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                 Page 1 of 3             Date Rcvd: Sep 08, 2020
                             Form ID: 137                Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db             +Irene Jacome-Espinoza,    416  18th Street, Apt 2,    Union City, NJ 07087-4426
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
cr             +American Honda Finance Corporation d/b/a Honda Fin,    P.O. Box 168088,    Irving, TX 75016-8088
cr             +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516699693      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516699694      +Best Buy/Citibank,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
516909493       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516699698      +Citibank/Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516790703       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
516699701      +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland, OH 44181-0315
516699709      +Macy/Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
518237446     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    dba Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
517397410      +Naomi Nunez,    70 Sunrise Dr,    Edison, NJ 08817-5617
518207066      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
518207067      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9741,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
516699715      +Sears/Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516846770      +Seterus Inc., as servicer for,    Federal National Mortgage,    Association (Fannie Mae),
                 P.O. Box 1047,    Hartford, CT 06143-1047
516699718      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516699719      +The Home Depot/Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517375080       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517375081       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262,
                 eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2020 23:39:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2020 23:39:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516699692       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 08 2020 23:39:07      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
517003196       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 08 2020 23:39:07
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
516699690      +E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2020 23:38:20      Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
516730776       E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2020 23:38:20      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516699691      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:43      American Eagle/Syncb Bank,
                 Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
516699695      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:48:58      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516699696      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:49:14      Car Care One/Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516699697      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:49:11      Care Credit/Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516935217      +E-mail/Text: bankruptcy@cavps.com Sep 08 2020 23:39:12      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516699699      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2020 23:38:52      Comenitycapital/fe21cc,
                 Po Box 182120,    Columbus, OH 43218-2120
516699700      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2020 23:38:52      Comenitycapital/mprcc,
                 Po Box 182120,    Columbus, OH 43218-2120
516699702      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 08 2020 23:48:28      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516930065       E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2020 23:38:58
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516715147       E-mail/Text: mrdiscen@discover.com Sep 08 2020 23:38:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516699703      +E-mail/Text: mrdiscen@discover.com Sep 08 2020 23:38:25      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516699704      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:20      Gap/Synchrony Bank,
                 Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0312-2          User: admin               Page 2 of 3               Date Rcvd: Sep 08, 2020
                              Form ID: 137              Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516699705      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:20      Guitar Center/Synchrony Bank,
                 Po Box 965064,    Orlando, FL 32896-5064
516699706      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:44      Home Design Furn/Syncb,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516699689      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:44      JC Penneys/Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516699707      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 08 2020 23:38:28      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516699708      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:20      Lowes/Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516896509      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2020 23:39:02      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516699710      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2020 23:38:52
                 New York & Co/Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
516751483       E-mail/PDF: cbp@onemainfinancial.com Sep 08 2020 23:49:13      ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516699711      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:44      Old Navy/Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516699712      +E-mail/PDF: cbp@onemainfinancial.com Sep 08 2020 23:48:46      OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
516947595       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:48:26
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516941387       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:49:18
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
516941377       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:49:22
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516941370       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:48:26
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,    Norfolk VA 23541
516941374       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:49:19
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516947108       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:48:51
                 Portfolio Recovery Associates, LLC,    c/o Sears/Orchard Bank,    POB 41067,    Norfolk VA 23541
516941386       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:49:19
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516699713      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2020 23:38:53      Pier 1/Comenity Bank,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516699714      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:44      QVC/Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516878469       E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2020 23:38:58
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516699717       E-mail/PDF: cbp@onemainfinancial.com Sep 08 2020 23:49:16      Springleaf Financial S,
                 119 US Highway 22,    Dunellen, NJ 08812
516700606      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:49:13      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516927869      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516815679      +E-mail/Text: bncmail@w-legal.com Sep 08 2020 23:39:07      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516699720      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2020 23:38:53
                 Victoria Secret/Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
                                                                                              TOTAL: 43

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516944108*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516699716    ##+Seterus,    PO Box 1077,    Hartford, CT 06143-1077
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Sep 08, 2020
                              Form ID: 137             Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marguerite  Mounier-Wells    on behalf of Debtor Irene  Jacome-Espinoza nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Maria  Cozzini    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               mcozzini@sternlav.com
              Maria  Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America mcozzini@sternlav.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Irene  Jacome-Espinoza Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Seterus, Inc skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```