UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com
Counsel for Debtor

Order Filed on October 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Irene Jacome-Espinoza

Debtor

Case No.:   17-14949-VFP

Chapter:   13

Judge:   V. F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is ORDERED.

**DATED: October 29, 2020**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Nicholas Fitzgeald of Fitzgerald & Assoc. P.C.___, the applicant, is allowed a fee of $ _____1,500.00_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____1,500.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____362.00_____ per month for ___final 18___ months to allow for payment of the above fee.

*rev.8/1/15*

2