Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−14949−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Jacome−Espinoza
   aka Irene Jacome
   416 18th Street, Apt 2
   Union City, NJ 07087

Social Security No.:
   xxx−xx−2863

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 20, 2019.

On 11/4/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              December 3, 2020
Time:             08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 6, 2020
JAN: rh

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-14949-VFP |
| Irene Jacome-Espinoza | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 06, 2020 | Form ID: 185 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Irene Jacome-Espinoza, 416 18th Street, Apt 2, Union City, NJ 07087-4426 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | American Honda Finance Corporation d/b/a Honda Fin, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 516699693 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 516699694 | + | Best Buy/Citibank, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 516909493 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516699698 | + | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516790703 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516699701 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 516699709 | + | Macy/Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 518237446 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 517397410 | + | Naomi Nunez, 70 Sunrise Dr, Edison, NJ 08817-5617 |
| 518207066 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518207067 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 516699715 | + | Sears/Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516846770 | + | Seterus Inc., as servicer for, Federal National Mortgage, Association (Fannie Mae), P.O. Box 1047, Hartford, CT 06143-1047 |
| 516699718 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 516699719 | + | The Home Depot/Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517375080 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517375081 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262 New York NY 10087-9262 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516699692 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 06 2020 21:34:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517003196 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 06 2020 21:34:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 516730776 | | Email/Text: ally@ebn.phinsolutions.com | Nov 06 2020 21:33:00 | Ally Financial, PO Box 130424, Roseville MN |

Case 17-14949-VFP    Doc 108    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 185 | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| | | | 55113-0004 |
| 516699690 | + Email/Text: ally@ebn.phinsolutions.com | Nov 06 2020 21:33:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 516699691 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:51:30 | American Eagle/Syncb Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 516699695 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 06 2020 22:50:27 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516699696 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:51:29 | Car Care One/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699697 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:50:22 | Care Credit/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516935217 | + Email/Text: bankruptcy@cavps.com | Nov 06 2020 21:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516699699 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2020 21:34:00 | Comenitycapital/fe21cc, Po Box 182120, Columbus, OH 43218-2120 |
| 516699700 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2020 21:34:00 | Comenitycapital/mprcc, Po Box 182120, Columbus, OH 43218-2120 |
| 516699702 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2020 22:50:32 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516930065 | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2020 21:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516715147 | Email/Text: mrdiscen@discover.com | Nov 06 2020 21:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516699703 | + Email/Text: mrdiscen@discover.com | Nov 06 2020 21:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516699704 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:50:22 | Gap/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 516699705 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:51:29 | Guitar Center/Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516699706 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:50:22 | Home Design Furn/Syncb, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516699689 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:50:22 | JC Penneys/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699707 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 06 2020 21:33:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 516699708 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:51:30 | Lowes/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516896509 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2020 21:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516699710 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2020 21:34:00 | New York & Co/Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516751483 | Email/PDF: cbp@onemainfinancial.com | Nov 06 2020 22:49:28 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516699711 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:49:30 | Old Navy/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699712 | + Email/PDF: cbp@onemainfinancial.com | Nov 06 2020 22:49:28 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 516947595 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 22:49:38 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |

Case 17-14949-VFP    Doc 108    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 185 | Total Noticed: 64 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 516941387 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 22:49:38 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516941377 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 22:49:38 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516941370 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 22:51:41 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516941374 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 22:51:41 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516947108 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 22:51:41 | Portfolio Recovery Associates, LLC, c/o Sears/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516941386 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 22:51:41 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516699713 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2020 21:34:00 | Pier 1/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 516699714 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:49:30 | QVC/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516878469 | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2020 21:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516699717 | Email/PDF: cbp@onemainfinancial.com | Nov 06 2020 22:49:28 | Springleaf Financial S, 119 US Highway 22, Dunellen, NJ 08812 |
| 516927869 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:51:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516700606 | + Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:50:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516815679 | + Email/Text: bncmail@w-legal.com | Nov 06 2020 21:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516699720 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2020 21:34:00 | Victoria Secret/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516944108 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516699716 | ##+ | Seterus, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 06, 2020 | Form ID: 185 | Total Noticed: 64 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marguerite Mounier-Wells | on behalf of Debtor Irene Jacome-Espinoza nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Maria Cozzini | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Irene Jacome-Espinoza Fitz2Law@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Seterus  Inc skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12