Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−14949−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Jacome−Espinoza
   aka Irene Jacome
   416 18th Street, Apt 2
   Union City, NJ 07087

Social Security No.:
   xxx−xx−2863

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 4, 2020.

Dated: December 4, 2020
JAN: mcp

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-14949-VFP |
| Irene Jacome-Espinoza | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Irene Jacome-Espinoza, 416 18th Street, Apt 2, Union City, NJ 07087-4426 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | American Honda Finance Corporation d/b/a Honda Fin, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 516699693 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 516699694 | + | Best Buy/Citibank, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 516909493 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516699698 | + | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516790703 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516699701 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 516699709 | + | Macy/Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 518237446 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 517397410 | + | Naomi Nunez, 70 Sunrise Dr, Edison, NJ 08817-5617 |
| 518207066 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518207067 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 516699715 | + | Sears/Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516846770 | + | Seterus Inc., as servicer for, Federal National Mortgage, Association (Fannie Mae), P.O. Box 1047, Hartford, CT 06143-1047 |
| 516699718 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 516699719 | + | The Home Depot/Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517375080 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517375081 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262 New York NY 10087-9262 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2020 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516699692 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 04 2020 22:33:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517003196 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 04 2020 22:33:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 516730776 | | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2020 22:30:00 | Ally Financial, PO Box 130424, Roseville MN |

Case 17-14949-VFP    Doc 113    Filed 12/06/20    Entered 12/07/20 00:18:48    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 64 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 516699690 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2020 22:30:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 516699691 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:26 | American Eagle/Syncb Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 516699695 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 05 2020 01:34:26 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516699696 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:33:45 | Car Care One/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699697 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:25 | Care Credit/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516935217 | + | Email/Text: bankruptcy@cavps.com | Dec 04 2020 22:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516699699 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 22:32:00 | Comenitycapital/fe21cc, Po Box 182120, Columbus, OH 43218-2120 |
| 516699700 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 22:32:00 | Comenitycapital/mprcc, Po Box 182120, Columbus, OH 43218-2120 |
| 516699702 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2020 01:17:14 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516930065 | | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2020 22:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516715147 | | Email/Text: mrdiscen@discover.com | Dec 04 2020 22:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516699703 | + | Email/Text: mrdiscen@discover.com | Dec 04 2020 22:30:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516699704 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:25 | Gap/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 516699705 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:25 | Guitar Center/Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516699706 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:25 | Home Design Furn/Syncb, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516699689 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:25 | JC Penneys/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699707 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2020 22:30:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 516699708 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:33:46 | Lowes/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516896509 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2020 22:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516699710 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 22:32:00 | New York & Co/Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516751483 | | Email/PDF: cbp@onemainfinancial.com | Dec 05 2020 01:33:29 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516699711 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:16:16 | Old Navy/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699712 | + | Email/PDF: cbp@onemainfinancial.com | Dec 05 2020 01:33:31 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 516947595 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:17:40 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |

Case 17-14949-VFP    Doc 113    Filed 12/06/20    Entered 12/07/20 00:18:48    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| 516941387 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:26:08 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516941377 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:34:58 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516941370 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:26:08 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516941374 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:26:08 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516947108 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:34:58 | Portfolio Recovery Associates, LLC, c/o Sears/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516941386 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:17:40 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516699713 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 22:32:00 | Pier 1/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 516699714 | + Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:41 | QVC/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516878469 | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2020 22:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516699717 | Email/PDF: cbp@onemainfinancial.com | Dec 05 2020 01:16:04 | Springleaf Financial S, 119 US Highway 22, Dunellen, NJ 08812 |
| 516927869 | + Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:33:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516700606 | + Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:16:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516815679 | + Email/Text: bncmail@w-legal.com | Dec 04 2020 22:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516699720 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 22:32:00 | Victoria Secret/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516944108 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516699716 | ##+ | Seterus, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 64 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marguerite Mounier-Wells | on behalf of Debtor Irene Jacome-Espinoza nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Maria Cozzini | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Irene Jacome-Espinoza Fitz2Law@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Seterus Inc skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12