Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14949−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Jacome−Espinoza
   aka Irene Jacome
   416 18th Street, Apt 2
   Union City, NJ 07087

Social Security No.:
   xxx−xx−2863

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/18/21 at 10:00 AM

to consider and act upon the following:

*116* − Creditor's Certification of Default (related document:76 Motion for Relief from Stay re: 416 18th Street, Union City, NJ 07087. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Robert P. Saltzman on behalf of J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services. Objection deadline is 02/2/2021. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

*117* − Certification in Opposition to (related document:116 Creditor's Certification of Default (related document:76 Motion for Relief from Stay re: 416 18th Street, Union City, NJ 07087. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Robert P. Saltzman on behalf of J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services. Objection deadline is 02/2/2021. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services) filed by Nicholas Fitzgerald on behalf of Irene Jacome−Espinoza. (Fitzgerald, Nicholas)

Dated: 1/22/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court