UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
  By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
(201) 533-1100
Counsel for Debtor

In Re:

Irene Jacome-Espinoza

Case No.:    17-14949-VFP

Chapter:    13

Judge:    V. F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 27, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ _____$600.00_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____$600.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____477.00_____ per month for _____9_____ months to allow for payment of the above fee.

*rev.8/1/15*

2