**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Irene Jacome–Espinoza <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2863 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_\_\_\_ <br> EIN  \_\_–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–14949–VFP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Irene Jacome–Espinoza
>   aka Irene Jacome

_5/6/22_                                                 **By the court:** _Vincent F. Papalia_
                                                                         United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-14949-VFP

Irene Jacome-Espinoza  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: May 06, 2022 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Irene Jacome-Espinoza, 416 18th Street, Apt 2, Union City, NJ 07087-4426 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp. c/o Rushmor, P.O. Box 55004, Irvine, CA 92619-5004 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 519039846 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519039847 | + | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708, J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services 92619-2708 |
| 516699709 | + | Macy/Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 517397410 | + | Naomi Nunez, 70 Sunrise Dr, Edison, NJ 08817-5617 |
| 516846770 | + | Seterus Inc., as servicer for, Federal National Mortgage, Association (Fannie Mae), P.O. Box 1047, Hartford, CT 06143-1047 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | May 06 2022 20:38:00 | American Honda Finance Corporation d/b/a Honda Fin, P.O. Box 168088, Irving, TX 75016-8088 |
| 516699692 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 06 2022 20:38:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517003196 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 06 2022 20:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 516730776 | | EDI: GMACFS.COM | May 07 2022 00:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516699690 | + | EDI: GMACFS.COM | May 07 2022 00:28:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 516699691 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | American Eagle/Syncb Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 516699693 | + | EDI: TSYS2 | May 07 2022 00:28:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 516699694 | + | EDI: CITICORP.COM | May 07 2022 00:28:00 | Best Buy/Citibank, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 516699695 | + | EDI: CAPITALONE.COM | May 07 2022 00:28:00 | Capital One, Attn: General |

Case 17-14949-VFP   Doc 130   Filed 05/08/22   Entered 05/09/22 00:15:01   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 3180W | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | | Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516909493 | Email/PDF: bncnotices@becket-lee.com | May 06 2022 20:42:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516699696 | + EDI: RMSC.COM | May 07 2022 00:28:00 | Car Care One/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699697 | + EDI: RMSC.COM | May 07 2022 00:28:00 | Care Credit/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516935217 | + Email/Text: bankruptcy@cavps.com | May 06 2022 20:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516699698 | + EDI: CITICORP.COM | May 07 2022 00:28:00 | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516699699 | + EDI: WFNNB.COM | May 07 2022 00:28:00 | Comenitycapital/fe21cc, Po Box 182120, Columbus, OH 43218-2120 |
| 516699700 | + EDI: WFNNB.COM | May 07 2022 00:28:00 | Comenitycapital/mprcc, Po Box 182120, Columbus, OH 43218-2120 |
| 516790703 | EDI: CRFRSTNA.COM | May 07 2022 00:28:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516699701 | + EDI: CRFRSTNA.COM | May 07 2022 00:28:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 516699702 | + Email/PDF: creditonebknotifications@resurgent.com | May 06 2022 20:42:00 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516930065 | EDI: Q3G.COM | May 07 2022 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516715147 | EDI: DISCOVER.COM | May 07 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516699703 | + EDI: DISCOVER.COM | May 07 2022 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516699704 | + EDI: RMSC.COM | May 07 2022 00:28:00 | Gap/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 516699705 | + EDI: RMSC.COM | May 07 2022 00:28:00 | Guitar Center/Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516699706 | + EDI: RMSC.COM | May 07 2022 00:28:00 | Home Design Furn/Syncb, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519039847 | + Email/Text: BkGeneralInbox@rushmorelm.com | May 06 2022 20:38:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708, J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services 92619-2708 |
| 519039846 | Email/Text: BkGeneralInbox@rushmorelm.com | May 06 2022 20:38:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 516699689 | + EDI: RMSC.COM | May 07 2022 00:28:00 | JC Penneys/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699707 | + Email/Text: PBNCNotifications@peritusservices.com | May 06 2022 20:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 516699708 | + EDI: RMSC.COM | May 07 2022 00:28:00 | Lowes/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516896509 | + Email/Text: bankruptcydpt@mcmcg.com | May 06 2022 20:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 518237446 | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 17-14949-VFP    Doc 130    Filed 05/08/22    Entered 05/09/22 00:15:01    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | May 06 2022 20:38:00 | Nationstar Mortgage LLC, dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 518207067 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 20:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518207066 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 20:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 516699710 | + | EDI: WFNNB.COM | May 07 2022 00:28:00 | New York & Co/Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516751483 | | EDI: AGFINANCE.COM | May 07 2022 00:28:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516699711 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | Old Navy/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516699712 | + | EDI: AGFINANCE.COM | May 07 2022 00:28:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 516947595 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516941387 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516941377 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516941370 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516941374 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516947108 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516941386 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516699713 | + | EDI: WFNNB.COM | May 07 2022 00:28:00 | Pier 1/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 516699714 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | QVC/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516878469 | | EDI: Q3G.COM | May 07 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516699717 | | EDI: AGFINANCE.COM | May 07 2022 00:28:00 | Springleaf Financial S, 119 US Highway 22, Dunellen, NJ 08812 |
| 516699715 | + | EDI: CITICORP.COM | May 07 2022 00:28:00 | Sears/Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516927869 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516700606 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516815679 | + | Email/Text: bncmail@w-legal.com | May 06 2022 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516699718 | + | EDI: WTRRNBANK.COM | May 07 2022 00:28:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 516699719 | + EDI: CITICORP.COM | May 07 2022 00:28:00 | The Home Depot/Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 | POB 9475, Minneapolis, MN 55440-9475 |
| 516699720 | + EDI: WFNNB.COM | May 07 2022 00:28:00 | Victoria Secret/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 | |
| 517375080 | Email/PDF: bncnotices@becket-lee.com | May 06 2022 20:42:15 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 | |
| 517375081 | Email/PDF: bncnotices@becket-lee.com | May 06 2022 20:41:59 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 | |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516944108 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516699716 | ##+ | Seterus, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marguerite Mounier-Wells | on behalf of Debtor Irene Jacome-Espinoza nadiafinancial@gmail.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Maria Cozzini | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: May 06, 2022 | Form ID: 3180W | Total Noticed: 67

Marie-Ann Greenberg
   magecf@magtrustee.com

Nicholas Fitzgerald
   on behalf of Debtor Irene Jacome-Espinoza fitz2law@gmail.com

Rebecca Ann Solarz
   on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rsolarz@kmllawgroup.com

Robert P. Saltzman
   on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services dnj@pbslaw.org

Steven P. Kelly
   on behalf of Creditor Seterus  Inc skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
   on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13